**The People of the State of Illinois, defendant in error, v. Tony Brush, plaintiff in error. Gen. No. 7,899.**

Conviction of violation of injunction against selling, storing or keeping intoxicating liquor. Error to the County Court of Christian

county; the Hon. C. J. Vogelsang, Judge, presiding. Heard in this court at the October term, 1925. Reversed. Opinion filed March 8, 1926.

John G. Friedmeyer, for plaintiff in error. Carl H. Preihs, State's Attorney, for defendant in error.

Mr. Justice Crow delivered the opinion of the court.